# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**LEONARD NOBLE**                                                                                              **PLAINTIFF**

**V.**                                       **CASE NO. 2:24-CV-2123**

**CIRCUIT JUDGE STEPHEN TABOR**                                            **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 12) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and neither party has filed objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation **IN ITS ENTIRETY**. Upon preservice screening, **IT IS ORDERED** that the case is **DISMISSED WITH PREJUDICE** because Defendant is immune from suit. *See* 28 U.S.C. § 1915A.

**IT IS SO ORDERED** on this 1st day of April, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE